May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DORA BURNETT, Appellant

NO. 14-12-01007-CV          V.

PACIFIC EMPLOYERS INSURANCE COMPANY, ET AL AND ACE
AMERICAN INSURANCE COMPANY, ET AL, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 1, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.